UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | CASE NO: 14-42759-399 |
| RICHARD A HALE ) | Chapter 13 |
| ) | |
| ) | Re: Objection to Claim 11 filed by |
| ) |     21ST MORTGAGE CORP |
| ) |     Acct: 6156 |
| ) |     Amount: $8,378.68 |
| **Debtor** ) | Response Due: July 22, 2014 |
| ) | |

### TRUSTEE'S OBJECTION TO CLAIM 11

COMES NOW John V. LaBarge, Jr., Standing Chapter 13 Trustee in Bankruptcy, and for his objection to claim states as follows:

The claim of 21ST MORTGAGE CORP dated June 02, 2014, SHOULD BE DENIED AS FILED BECAUSE THE CLAIM FAILS TO PROVIDE ANY VALUE FOR THE SECURITY.  THE TRUSTEE SEEKS AN ORDER DIRECTING HIM TO PAY THE CLAIM AS A GENERAL UNSECURED CLAIM.

WHEREFORE Trustee prays the Court will enter its order sustaining this objection.

### NOTICE OF FILING OF OBJECTION TO CLAIM

Please take notice that the Chapter 13 Trustee has filed an objection to your claim.  Any responsive pleading in opposition to the above objection must be filed in writing with the clerk of the U.S. Bankruptcy Court, 111 S 10TH ST 4TH FL, ST LOUIS, MO   63102, and with the Chapter 13 Trustee at the address indicated below, within 21 days of the date of this notice.  If no responsive pleading is filed, the objection may be sustained and the claim disallowed or modified without further notice to any party upon submission of an order from the Trustee.  If a response is filed, this matter will be set for hearing upon subsequent notice.

Dated: July 01, 2014                               /s/ John V. LaBarge, Jr.
                                                                John V. LaBarge, Jr.
OBJCLM--JS                                           Standing Chapter 13 Trustee
                                                                P.O. Box 430908
                                                                St. Louis, MO  63143
                                                                (314) 781-8100  Fax: (314) 781-8881
                                                                trust33@ch13stl.com

    The undersigned hereby certifies that a copy of the foregoing was served upon the following either through the court's ECF system or by ordinary mail, postage pre-paid, on this day of July 01, 2014.

                                                   /s/ John V. LaBarge, Jr.

RICHARD A HALE
760 NORTH LOW VIEW
FENTON, MO  63026

21ST MORTGAGE CORP
PO BOX 477
KNOXVILLE, TN  37901

LAW OFFICES OF SEAN C PAUL
8917 GRAVOIS RD
ST LOUIS, MO  63123